In the Matter of ANONYMOUS, for Admission to Practice as an Attorney and Counselor-at-Law, Appellant.

Submitted March 12, 2007; decided April 3, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Chief Judge KAYE taking no part.

BRYANT VILLATORO et al., Respondents, v AMBASSADOR APARTMENTS, INC., et al., Appellants, et al., Respondent.

Submitted February 13, 2007; decided April 3, 2007

Motion by Alfred S. Friedman Management Corp. for leave to appeal dismissed upon the ground that as to said appellant the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion by Ambassador Apartments, Inc. for leave to appeal denied.